**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action **No. 09-cv-00085-JLK**

**COLORADO ENVIRONMENTAL COALITION,
WESTERN COLORADO CONGRESS,
WILDERNESS WORKSHOP,
BIODIVERSITY CONSERVATION ALLIANCE,
SOUTHERN UTAH WILDERNESS ALLIANCE,
RED ROCK FORESTS,
WESTERN RESOURCE ADVOCATES,
NATIONAL WILDLIFE FEDERATION,
CENTER FOR BIOLOGICAL DIVERSITY,
THE WILDERNESS SOCIETY,
NATURAL RESOURCES DEFENSE COUNCIL,
DEFENDERS OF WILDLIFE**, and
**SIERRA CLUB**,

 Plaintiffs,

  v.

**KEN SALAZAR**, Secretary of the Interior, in his official capacity;
**WILMA LEWIS**, Assistant Secretary, Land and Minerals Management, in her official capacity;
**BOB ABBEY**, Director, Bureau of Land Management, in his official capacity; and
**THE UNITED STATES DEPARTMENT OF THE INTERIOR** and
**THE BUREAU OF LAND MANAGEMENT**, federal agencies.

 Defendants, and

**SHELL FRONTIER OIL & GAS INC.,**

 Intervenor Defendant.

---

**ORDER**

---

KANE, J.

This matter is before me on the Motion for Withdrawal of Counsel, Doc. 75, filed on behalf of Melissa Meirink, counsel for Defendant Intervenor Shell Frontier Oil & Gas on August 25, 2011.  The Motion for Withdrawal of Counsel is hereby GRANTED.  It is further ORDERED that Ms. Meirink is removed as counsel for Defendant Intervenor in this case, and Ms. Meirink's e-mail addresses shall be removed from the Court's electronic distribution list in this case.

Dated:  August 26, 2011            BY THE COURT:

**/s/John L. Kane**
Senior U.S. District Judge