**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00085-JLK

COLORADO ENVIRONMENTAL COALITION,
WESTERN COLORADO CONGRESS,
WILDERNESS WORKSHOP,
BIODIVERSITY CONSERVATION ALLIANCE,
SOUTHERN UTAH WILDERNESS ALLIANCE,
RED ROCK FORESTS,
WESTERN RESOURCE ADVOCATES,
NATIONAL WILDLIFE FEDERATION,
CENTER FOR BIOLOGICAL DIVERSITY,
THE WILDERNESS SOCIETY,
NATURAL RESOURCES DEFENSE COUNCIL,
DEFENDERS OF WILDLIFE, and
SIERRA CLUB,

    Plaintiffs,

      v.

SALLY JEWELL, Secretary of the Interior,
in her official capacity;
TOMMY P. BEAUDREAU, Acting Assistant Secretary, Land and Minerals
Management, in his official capacity;
NEIL KORNZE, Principal Deputy Director, Bureau of Land Management,
in his official capacity; and
THE UNITED STATES DEPARTMENT OF THE INTERIOR and
THE BUREAU OF LAND MANAGEMENT, federal agencies.

    Defendants, and

SHELL FRONTIER OIL & GAS INC.,

    Intervenor Defendant.

---

**ORDER APPROVING THE PARTIES' JOINT STIPULATION
TO VOLUNTARILY DISMISS THE CASE**

---

      This matter is before the Court on the Parties' Joint Stipulation to Voluntarily Dismiss the Case, Doc. 77. Finding that good cause exists, the Court hereby ORDERS that this case is DISMISSED WITH PREJUDICE, with each party is to bear its own costs.

DATED:     April 24, 2013          BY THE COURT:

*/s/ John L Kane*_____
John L. Kane, Senior District Judge
United States District Court